FILED'08 SEP 25 12:07 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANKLIN CHIPPEWA, SR.,

        Petitioner,

    v.

J. E. THOMAS,

        Respondent.

Civil No. 08-673-CL

**ORDER**

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 -   ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#6) is adopted. The petition (#1) is denied without prejudice to refile after petitioner has exhausted administrative remedies. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 23 day of September, 2008.

_____
OWEN M. PANNER
United States District Judge

2 -   ORDER